## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br> Plaintiff, <br> v. <br><br> JOSEPH T. MASRUD. <br><br> Defendant. | Case No. 20-cv-03649-PBT |

### ORDER

AND NOW, this _____ day of July, 2020, upon consideration of Plaintiff's Motion for Temporary Restraining Order, and with the Court satisfied that Plaintiff Polysciences, Inc. ("Polysciences") has established a likelihood of success on the merits of its claims of alleged misappropriation of trade secrets and breach of contract, that Polysciences will be irreparably harmed absent injunctive relief, that the balance of harms and the public interest favor the requested injunctive relief, IT IS HEREBY ORDERED as follows:

1. Pending further order of this Court, Defendant Joseph Masrud and his agents, servants, employees, attorneys, other persons who are in active concert or participation with him shall:

    a. Cease the sale of Serochem LLC's PEI Prime Powder and PEI Prim AQ products;

    b. Disclose the location of and discard all inventories of same, save for samples to be preserved for later use in this litigation; and

    c. Within 14 days of the entry of this Order, provide to Polysciences' vendor for duplication all business and personal computers, hard drives, flash drives, and other electronic storage devices that were used in the composition, development, manufacture, and/or

sale of Serochem LLC's PEI Prime Powder and PEI Prim AQ products, and login credentials for all email accounts used to transmit communications related to the foregoing.

2. A hearing on Plaintiff's Motion for Preliminary Injunction will be held on _____, 2020, at _____ a.m./p.m. in Courtroom No. _____ of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106, or via remote mechanisms to be determined.

3. Plaintiff shall post bond in the amount of $_____ by close of business on _____, 2020.

4. This Order shall remain in effect until further Order of Court.

BY THE COURT:

_____
, U.S.D.J.

**Error! Unknown document property name.**   2