## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br>          Plaintiff, <br>v. <br><br>JOSEPH T. MASRUD, <br><br>          Defendant. | Civil Action No. 20-cv-3649 <br><br>**CERTIFICATE OF SERVICE** |

On July 28, 2020, I filed Polysciences Inc.'s Motion for a Temporary Restraining Order, and Memorandum of Law in Support using the Court's ECF system:

(i) Polysciences Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction, and

(ii) Polysciences Inc.'s Memorandum of Law in Support of Motion for a Temporary Restraining Order and Preliminary Injuunction,

In addition, I provided a copy by U.S. mail and email to:

Jeffrey B. Oberman, Esquire
Oberman Thompson, LLC
120 South Sixth Street, Suite 2050
Minneapolis, MN  55402
joberman@obermanthompson.com

                                        Respectfully submitted,
                                        **FOX ROTHSCHILD LLP**

Dated: July 28, 2020                    */s/ Eric E. Reed*
                                        Eric E. Reed
                                        2000 Market Street, 20th Floor
                                        Philadelphia, PA 19103
                                        (215) 299-2741 - direct
                                        (215) 299-2150 - fax
                                        EReed@foxrothschild.com
                                        *Attorneys for Plaintiff, Polysciences, Inc.*