IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLYSCIENCES, INC., | : | |
| Plaintiff, | : | Civil Action No. 2:20-cv-03649-PBT |
| v. | : | |
| JOSEPH T. MASRUD, | : | |
| Defendant. | : | |

AND NOW, this ___ day of _____, upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendant's Opposition thereto, and the Preliminary Injunction Hearing held September 10, 2020, Plaintiff's Motion is hereby DENIED and the Stipulated Temporary Restraining Order entered by the Court on August 18, 2020, is hereby DISSOLVED.

BY THE COURT

_____
Patricia B. Tucker, U.S.D.J.