UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH T. MASRUD, <br><br> Defendant. | Civil Action No. <br><br><br> **DECLARATION OF DAVID COLLINS** |

I, David Collins, of full age, hereby declare, under penalty of perjury, as follows:

1. I am the Forensic Analyst for KLDiscovery Ontrack, LLC ("KLD"), located in Ambler, Pennsylvania. I have more than four years of experience in digital computer forensics, including Departing Employee Triage ("DET") using forensic analysis of hard drives, servers, mobile devices, tablets, cloud storage, back-up media, social media and individual electronic documents. KLD provides electronic discovery (e-discovery) management solutions to law firms, corporations, and government agencies.

2. Polysciences, Inc. ("Polysciences") retained KLD to, among other things, forensically image and conduct a DET preliminary examination and analysis of data located on the laptop of a former employee, Joseph Masrud (the "Laptop"). Our preliminary analysis focused on the weeks leading up to Mr. Masrud's September 6, 2019 departure from Polysciences and his later return of the Laptop to Polysciences, and on the following analyses: (a) analysis of any and all USB storage devices that may have been connected to the Laptop; (b) a "Jump List Analysis" to provide indications of access to specific files and resources found on the Laptop; (c) an "LNK Analysis" to discover "link files to show certain files were opened and accessed at certain points in time; (c) an "MRU analysis" of "Most Recently Used" files and programs; (d) a "Shellbag

Analysis" to determine folders that have been opened and closed in Windows Explorer; (e) A "VSC Differential Analysis" to identify recently modified documents; (f) a "Web History Analysis" analysis on browser software used on the Laptop; (g) review of email files to determine outgoing and incoming email from business and personal accounts; (h) "Mass Deletion/Wiping" analysis to determine an effort to clear data existence or data history; and (i) related forensics on the Laptop.

3. KLD's analysis of the Laptop has preliminary determined that (5) external storage devices, including external hard drives and USB flash drives, were attached to the Laptop, identified below:

| Serial/UID | Description | First Connected (EST/EDT) | Last Connected (EST/EDT) | Last Disconnected (EST/EDT) |
|---|---|---|---|---|
| 058F84688461 | Generic- SD/MMC USB Device | 5/14/2019 20:44 | 7/17/2019 16:30 | 7/18/2019 17:07 |
| 0707380B9CD74E92 | USB DISK 3.0 USB Device | 5/22/2019 1:33 | | 5/22/2019 1:33 |
| 07089172CC907089 | BUFFALO USB Flash Disk USB Device | 5/21/2019 2:22 | | 5/21/2019 2:22 |
| 26C1400210210076 | ELECOM MF-KCU3 USB Device | 5/21/2019 2:10 | | 5/21/2019 2:11 |
| a&36d08e73 | GENERAL UDISK | | | 5/24/2018 23:00 |

4. KLD's analysis of the Laptop has preliminary determined that Mr. Masrud, on September 10, 2019, four days after his termination, accessed files contained in folders named "Website," "Desktop," "Outlook Files," and "Documents," identified below:

| Linked File Name | Last Access Date/Time - (UTC-5:00) (MM/dd/yyyy) | Linked Path |
|---|---|---|
| Website | 9/10/19 3:30 PM | \\USWARFS03\USERS$\Jmasrud\Documents\Website |
| Desktop | 9/10/19 3:26 PM | \\USWARFS03\USERS$\Jmasrud\Desktop |
| Outlook Files | 9/10/19 2:55 PM | \\USWARFS03\USERS$\Jmasrud\Documents\Outlook Files |
| Documents | 9/10/19 2:55 PM | \\USWARFS03\USERS$\Jmasrud\Documents |

5. According to KLD's LNK Analysis, Mr. Masrud, on September 10, 2019, accessed files with the Source File Name "Questions.docx.LNK," "leads.xlsx.LNK, ""Sale18.xlsx.LNK, and PERSONAL.XLSB.LNK," identified below:

| Source File Name | Source Last-Accessed | Target File Path |
|---|---|---|
| Questions.docx.LNK | 9/10/19 3:31 PM | \\USWARFS03\USERS$\jmasrud\Documents\New Products\PEI\Questions.docx |
| Leads.xlsx.LNK | 9/10/19 3:30 PM | \\USWARFS03\USERS$\jmasrud\Documents\New Products\PEI\Leads.xlsx |
| Sale18.xlsx.LNK | 9/10/19 3:21 PM | \\USWARFS03\USERS$\jmasrud\Documents\Business Plans\Business Plans\2019\Sale18.xlsx |
| PERSONAL.XLSB.LNK | 9/10/19 3:21 PM | |
| Transfectol.doc.LNK | 9/10/19 2:55 PM | \\USWARFS03\USERS$\jmasrud\Documents\New Products\Transporter 5 Transfection\Transfectol.doc |

6. According to KLD's "Shellbag Analysis" Mr. Masrud interacted with a number of directories listed below on the dates indicated:

| Value | Account path | First Interacted | Last Interacted |
|---|---|---|---|
| Jmasrud | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud | | 9/10/19 3:32 PM |
| \\uswarfs03\users$ | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$ | | 9/10/19 3:32 PM |
| Sync Results Delegate Folder | Desktop\Control Panel\All Control Panel Items\Sync Center Folder\Sync Results Delegate Folder | 5/29/19 8:15 AM | 9/10/19 3:31 PM |
| Documents | Desktop\My Computer\C:\Users\jmasrud\Documents | 9/10/19 3:00 PM | 9/10/19 3:29 PM |
| intel | Desktop\My Computer\C:\Users\jmasrud\Roaming\intel | 9/10/19 3:29 PM | 9/10/19 3:29 PM |
| Users | Desktop\My Computer\C:\Users | | 9/10/19 3:27 PM |
| Aragen Data | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products\PEI\Aragen Data | 9/10/19 2:47 PM | 9/10/19 3:16 PM |
| Aragen Data | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products\PEI\Aragen Data | 9/10/19 2:48 PM | 9/10/19 3:16 PM |
| PEI | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products\PEI | | 9/10/19 3:16 PM |
| PEI | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products\PEI | | 9/10/19 3:16 PM |
| New Products | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products | | 9/10/19 3:15 PM |
| Taiwan Sales | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Reports\Sales\Taiwan Sales | | 9/10/19 3:07 PM |
| 4 | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Reports\Sales\LP Combined\2019\4 | 5/29/19 8:15 AM | 9/10/19 3:06 PM |
| 4 | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Reports\Sales\LP Combined\2019\4 | 5/29/19 8:15 AM | 9/10/19 3:06 PM |
| Documents | Desktop\My Computer\Documents | | 9/10/19 3:00 PM |
| Sync Center Folder | Desktop\Control Panel\All Control Panel Items\Sync Center Folder | | 9/10/19 2:59 PM |
| All Control Panel Items | Desktop\Control Panel\All Control Panel Items | | 9/10/19 2:59 PM |
| Website | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Projects\Website | 9/10/19 2:57 PM | 9/10/19 2:57 PM |
| Website | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Projects\Website | 5/29/19 8:15 AM | 9/10/19 2:57 PM |
| Bionique | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products\PEI\Analytical Testing\Bionique | 6/26/19 3:11 PM | 9/10/19 2:52 PM |
| Bionique | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products\PEI\Analytical Testing\Bionique | 6/26/19 3:10 PM | 9/10/19 2:52 PM |
| McDay | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Marketing\McDay | 9/10/19 2:47 PM | 9/10/19 2:47 PM |
| McDay | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Marketing\McDay | 9/10/19 2:47 PM | 9/10/19 2:47 PM |
| 2010 Coating Process Fundamentals Short Course | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Literature\2010 Coating Process Fundamentals Short Course | 9/10/19 2:46 PM | 9/10/19 2:46 PM |
| 2010 Coating Process Fundamentals Short Course | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Literature\2010 Coating Process Fundamentals Short Course | 9/10/19 2:46 PM | 9/10/19 2:46 PM |
| 2019 | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Business Plans\Business Plans\2019 | 5/29/19 8:15 AM | 9/10/19 2:42 PM |
| Business Plans | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Business Plans\Business Plans | | 9/10/19 2:42 PM |
| 2019 | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Business Plans\Business Plans\2019 | 5/29/19 8:15 AM | 9/10/19 2:42 PM |
| Business Plans | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Business Plans\Business Plans | | 9/10/19 2:42 PM |
| Scorecards | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Administrative\Scorecards | | 9/10/19 2:42 PM |
| Scorecards | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Administrative\Scorecards | | 9/10/19 2:42 PM |
| 2017-9 | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Administrative\Allocations\2017-9 | 9/10/19 2:41 PM | 9/10/19 2:41 PM |
| 2017-9 | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Administrative\Allocations\2017-9 | 9/10/19 2:41 PM | 9/10/19 2:41 PM |
| Sell Sheets | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products\PEI\Marketing\Sell Sheets | | 9/4/19 12:02 PM |
| Sell Sheets | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\New Products\PEI\Marketing\Sell Sheets | | 9/4/19 12:02 PM |
| Sales | Desktop\Computers and Devices\uswarfs03\uswarfs03\users$\Jmasrud\Documents\Reports\Sales | | 9/4/19 9:14 AM |
| Updates | Desktop\My Computer\O:\Joe Masrud\Updates | 9/3/19 2:01 PM | 9/3/19 2:01 PM |
| Updates | Desktop\Search Folder\Joe Masrud\Updates | 9/3/19 1:35 PM | 9/3/19 1:39 PM |

7. According to KLD's MRU Analysis, Mr. Masrud accessed a number of word documents on September 10, 2019, including "Questions.docx," "Projects.docs," Transition Plan.docx," "transporter5protocol.docx," "Transfectol.doc," PEI Questions.docx," and "File locations.docx," identified below:

| Word |
|---|
| Software\Microsoft\Office\14.0\Word\File MRU |
| LastWrite Time Tue Sep 10 19:31:03 2019 (UTC) |
| Item 1 -> \\uswarfs03\users$\Jmasrud\Documents\New Products\PEI\Questions.docx  Tue Sep 10 19:31:03 2019 |
| Item 2 -> \\uswarfs03\users$\Jmasrud\Documents\Projects\Website\Projects.docx  Tue Sep 10 18:57:30 2019 |
| Item 3 -> \\uswarfs03\users$\Jmasrud\Documents\Projects\Remote Transition\Transition Plan.docx  Tue Sep 10 18:57:15 2019 |
| Item 4 -> \\uswarfs03\users$\Jmasrud\Documents\New Products\Transporter 5 Transfection\transporter5protocol.docx  Tue Sep 10 18:55:20 2019 |
| Item 5 -> \\uswarfs03\users$\Jmasrud\Documents\New Products\Transporter 5 Transfection\Transfectol.doc  Tue Sep 10 18:55:09 2019 |
| Item 6 -> \\uswarfs03\users$\Jmasrud\Documents\New Products\PEI\PEI Questions.docx  Tue Sep 10 18:53:50 2019 |
| Item 7 -> \\uswarfs03\users$\Jmasrud\Documents\Marketing\Marketing Administration\File locations.docx  Tue Sep 10 18:47:17 2019 |

8. According to our File Listing Analysis, an outlook archive file named "archive2017.pst," identified below and found in Mr. Masrud's user folder, was modified:

| Name | File Ext | Is Deleted | Logical Size | Entry Modified | File Created | Last Written |
|---|---|---|---|---|---|---|
| archive2017.pst | pst | | 2,365,580,288 | 9/10/19 3:04 PM | 1/2/18 2:43 PM | 9/10/19 3:04 PM |

9. According to KLD's VSC Differential Analysis, an outlook "OST" file, which stores Outlook mailbox information, was deleted on or about September 13, 2019, identified below:

| Name | File Ext | Is Deleted | Logical Size | Entry Modified | File Created | Last Written |
|---|---|---|---|---|---|---|
| joseph.masrud@polysciences.com.ost | ost | • | 0 | 9/13/19 11:20 AM | 5/11/17 7:49 AM | 9/13/19 11:20 AM |

10. According to our Web History Analysis, on September 13, 2019, all of Mr. Masrud's Chrome settings, data and history were deleted, as identified below:

| URL | Last Visited Date/Time - (UTC-5:00) |
|---|---|
| chrome://settings/ | 9/13/19 12:09 PM |
| chrome://settings/clearBrowserData | 9/13/19 12:09 PM |
| https://www.google.com/?gws_rd=ssl | 9/13/19 12:09 PM |
| chrome://history/ | 9/13/19 12:09 PM |

Dated: September 3, 2020                                      By: _____

4