# EXHIBIT A

| | |
|---|---|
| **From:** | Mathew Griffin (via Dropbox) <no-reply@dropbox.com> |
| **Sent:** | Monday, September 10, 2018 4:26 PM |
| **To:** | Masrud, Joseph |
| **Subject:** | Mathew Griffin shared "salesdata" with you |



Hi there,

Mathew Griffin (gryphonmw@gmail.com) invited you to view the folder "**salesdata**" on Dropbox.

Mathew said:

*"incase the other one doesnt work"*



Enjoy!

The Dropbox team

*Mathew and others will be able to see when you view files in this folder. Other files shared with you through Dropbox may also show this info.* *Learn more* *in our help center.*

© 2018 Dropbox

---------------------------------------------------------------
 This message was processed through **Polysciences, Inc.** email security system. Any issues can be reported to the **Polysciences Helpdesk** via emailing **helpdesk@polysciences.com**