# EXHIBIT B

| | |
|---|---|
| **From:** | Griffin, Mathew <mathew.griffin@polysciences.com> |
| **Sent:** | Wednesday, July 10, 2019 3:19 PM |
| **To:** | Griffin, Mathew |
| **Subject:** | sales data raw |
| **Attachments:** | Sale17_xlsx; Sale18_xlsx; SalesSAP_xlsx; Sale13_xlsx; Sale14_xlsx; Sale15_xlsx; Sale16_xlsx |

**Linked Attachment Download**

The following attachment was removed from the associated email message. You may download the attachment, if you are sure that it is safe to do so, by clicking the *Click Here to Download* link below.

| |
|:---:|
| File Name |
| **Sale17.xlsx** |
| File Size |
| **12799861 Bytes** |
| Click Here to Download |

This attachment file has passed various security checks, but **this does NOT guarantee that the file is safe**. You should only download the attachment if you know and trust the sender.

Attachment downloads are monitored and audited for security reasons.

**Linked Attachment Download**

The following attachment was removed from the associated email message. You may download the attachment, if you are sure that it is safe to do so, by clicking the *Click Here to Download* link below.

| |
|:---:|
| File Name |
| **Sale18.xlsx** |
| File Size |
| **2976814 Bytes** |
| Click Here to Download |

This attachment file has passed various security checks, but **this does NOT guarantee that the file is safe**. You should only download the attachment if you know and trust the sender.

Attachment downloads are monitored and audited for security reasons.

**Linked Attachment Download**

The following attachment was removed from the associated email message. You may download the attachment, if you are sure that it is safe to do so, by clicking the *Click Here to Download* link below.

| |
|---|
| File Name |
| **SalesSAP.xlsx** |
| File Size |
| **7206036 Bytes** |
| Click Here to Download |

This attachment file has passed various security checks, but **this does NOT guarantee that the file is safe**. You should only download the attachment if you know and trust the sender.

Attachment downloads are monitored and audited for security reasons.

1

**Linked Attachment Download**

The following attachment was removed from the associated email message. You may download the attachment, if you are sure that it is safe to do so, by clicking the *Click Here to Download* link below.

| |
|:---:|
| File Name |
| **Sale13.xlsx** |
| File Size |
| **17983100 Bytes** |
| Click Here to Download |

This attachment file has passed various security checks, but **this does NOT guarantee that the file is safe**. You should only download the attachment if you know and trust the sender.

Attachment downloads are monitored and audited for security reasons.

**Linked Attachment Download**

The following attachment was removed from the associated email message. You may download the attachment, if you are sure that it is safe to do so, by clicking the *Click Here to Download* link below.

| |
|:---:|
| File Name |
| **Sale14.xlsx** |
| File Size |
| **18570674 Bytes** |
| [Click Here to Download](#) |

This attachment file has passed various security checks, but **this does NOT guarantee that the file is safe**. You should only download the attachment if you know and trust the sender.

Attachment downloads are monitored and audited for security reasons.

**Linked Attachment Download**

The following attachment was removed from the associated email message. You may download the attachment, if you are sure that it is safe to do so, by clicking the *Click Here to Download* link below.

| |
|:---:|
| File Name |
| **Sale15.xlsx** |
| File Size |
| **15987474 Bytes** |
| [Click Here to Download]() |

This attachment file has passed various security checks, but **this does NOT guarantee that the file is safe**. You should only download the attachment if you know and trust the sender.

Attachment downloads are monitored and audited for security reasons.

**Linked Attachment Download**

The following attachment was removed from the associated email message. You may download the attachment, if you are sure that it is safe to do so, by clicking the *Click Here to Download* link below.

| |
|:---:|
| File Name |
| **Sale16.xlsx** |
| File Size |
| **13766289 Bytes** |
| [Click Here to Download]() |

This attachment file has passed various security checks, but **this does NOT guarantee that the file is safe**. You should only download the attachment if you know and trust the sender.

Attachment downloads are monitored and audited for security reasons.