# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC.,<br><br>            Plaintiff,<br>v.<br><br>JOSEPH T. MASRUD,<br><br>            Defendant. | Case No. 20-cv-03649-PBT<br><br>**CERTIFICATE OF SERVICE** |

    I, Eric E. Reed, hereby certify that on September 3, 2020, Polysciences Inc.'s Reply in Support of Motion for a Temporary Restraining Order and Preliminary Injunction and the Declarations thereto, were filed via the Court's ECF system and served upon all counsel of record via ECF notification.

                                              **FOX ROTHSCHILD LLP**

Dated: September 3, 2020                          <u>*/s/ Eric E. Reed*</u>
                                                     Eric E. Reed
                                                     2000 Market Street, 20th Floor
                                                     Philadelphia, PA 19103
                                                     (215) 299-2741 - direct
                                                     (215) 299-2150 - fax
                                                     EReed@foxrothschild.com
                                                     *Attorneys for Plaintiff, Polysciences, Inc.*