# Exhibit A



Campbell Mithun Tower
222 South Ninth Street
Suite 2000
Minneapolis, MN 55402-3338
Tel (612) 607-7000  Fax (612) 607-7100
www.foxrothschild.com

BRET A. PULS
Direct No:  612.607.7552
Email: bpuls@foxrothschild.com

July 8, 2020

**Via FedEx and First-Class Mail**
Joseph T. Masrud
c/o Serochem
7900 International Drive, Suite 300-7001
Bloomington, MN 55425

      Re:    Cease and Desist sale of PEI based transient transfection reagents

Dear Mr. Masrud:

Please be advised that the undersigned represents Polysciences, Inc. ("Polysciences").  Please direct all commutations concerning this matter to the undersigned.

We write to demand that Serochem and you immediately cease and desist from the sale of your recently launched PEI (Polyethylenimine) based transient transfection reagents, namely Serochem's PEI Prime Powder and PEI Prime AQ.  Both of these products appear to be direct knock offs of the Polysciences PEI products that you worked on while employed by Polysciences.  Specifically, in your last role at Polysciences as Director of Lab Products you were focused on the development and sales of Polysciences'  PEI powder and liquid transfection reagents.  In that role you had access to, among other things,  manufacturing instructions, raw material suppliers, testing procedures, specifications, customer lists, and other confidential information.   It is clear that you are now attempting to offer knock off products. Indeed, your description of the products lists indicates they are 'sterile filtered' and 'pH neutralized' which are critical parts of the Polysciences' production process you learned during your tenure with Polysciences.

As you no doubt recall, as a condition of your employment you executed a Confidentiality and Proprietary Agreement dated January 6, 2014, (the "Confidentiality Agreement") wherein you

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington



July 8, 2020
Page 2

agreed, among other things, that you would not "during or after the term of employment with Polysciences, use any Confidential Information and/or Proprietary Information of Polysciences and/or disclose such Confidential Information and/or Proprietary Information to any third party." Given your intimate knowledge of confidential and proprietary information regarding the Polyscieinces PEI powder and liquid products and your launch of nearly identical products, it is clear that you have violated this provision. As you should also recall the Confidentiality Agreement also contains a provision where you consent to jurisdiction in the Courts of the Commonwealth of Pennsylvania for claims of breach of the Confidentiality Agreement and further consent to the grant of a preliminary and permanent injunction against a breach that has "occurred or is threatened" upon proof satisfactory to such Court. Be advised that if we do not promptly receive confirmation that Serochem and you will cease and desist from selling the PEI Prime Powder and PEI Prime AQ product, Polysciences will take all appropriate action under the Confidentiality Agreement and applicable state and federal law, and seek all available remedies to protect its interests, including its attorney's fees and costs incurred in such action, as provided under the Confidentiality Agreement.

We look forward to your prompt response.

Very truly yours,

*s/Bret A. Puls*

Bret A. Puls