# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| POLYSCIENCES, INC. | CIVIL ACTION |
| Plaintiff, | No. 20-cv-03649-PBT |
| v. |  |
| JOSEPH T. MASRUD. |  |
| Defendant. |  |

## NOTICE OF DEPOSITION
## OF SAMIR ZAVERI

TO:   Eric Reed
FOX ROTHSCHILD LLP
2000 Market St., 20th Floor
Philadelphia, PA  19103
Ereed@foxrothschild.com

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendant Masrud will take the deposition by oral examination of Samir Zaveri in relation to the Temporary Restraining Order entered by the Court on August 18, 2020 (Dkt. No. 9). The deposition will begin at 10:00 am EST on Thursday, September 7, 2020.

The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and other applicable law, and shall continue day to day until completed.

It is hereby stipulated by the parties that pursuant to Fed. R. Civ. P. 29(a) and 30(b)(4)-(5), this deposition will be taken by remote videoconferencing equipment and that the oath will be administered remotely by videoconference. The parties further stipulate that the reporter and

witness will be in remote locations. This deposition shall be used for all purposes for which depositions are permitted.

Date:  August 24, 2020                                        HOMANS PECK, LLC

                                                      By:       */s/ Julianne Peck*
                                                               JULIANNE PECK, ESQUIRE
                                                               43 Paoli Plaza #426
                                                                Paoli, PA  19301
                                                               (215) 868-6214
                                                               Attorney for Defendant
                                                               Joseph DeRosa

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, a true and correct copy of the foregoing Notice of Deposition of Samir Zaveri was served on all parties via email:

**Via Electronic Mail**

Eric Reed
FOX ROTHSCHILD LLP
2000 Market St., 20th Floor
Philadelphia, PA  19103
Ereed@foxrothschild.com

Steven J. Daroci
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648
sdaroci@foxrothschild.com

Gerard P. Norton
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648
gnorton@foxrothschild.com

Jonathan R. Lagarenne
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648
jlagarenne@foxrothschild.com

Cali R. Spota
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648
cspota@foxrothschild.com

***Attorneys for Plaintiff Polysciences, Inc.***

Dated: August 24, 2020                    By:    */s/ Julianne Peck*