IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENTES, INC., : | |
| : | |
| Plaintiff/Counter-Defendant, : | Civil Action No. 2:20-cv-03649-PBT |
| : | |
| v. : | |
| : | |
| JOSEPH T. MASRUD, : | |
| : | |
| Defendant/Counter-Plaintiff. : | |

**ORDER**

AND NOW, this _____ day of December 2020, upon consideration of Defendant's Motion to Compel trade secret discovery and Plaintiff's response thereto, it is ORDERED that Defendant's Motion is GRANTED. On or before _____, Plaintiff shall (1) serve on Defendant sworn supplemental answers to Defendant's Interrogatory Nos. 2 and 3 identifying relevant individuals with the knowledge requested therein, and to Interrogatory No. 5 setting forth with reasonable particularity the trade secrets that Polysciences claims were misappropriated; and (2) serve on Defendant all non-privileged documents responsive to Defendant's document request nos. 13 and 14.

_____

PETRESE B. TUCKER, U.S.D.J.