## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br> Plaintiff, <br> v. <br><br> JOSEPH T. MASRUD, <br><br> Defendant. | Civil Action No. 2:20-cv-03649-PBT |

## POLYSCIENCES' MOTION TO COMPEL DISCOVERY

Plaintiff Polysciences, Inc. respectfully moves the Court for an order compelling discovery from Defendant Joseph T. Masrud. The disputed discovery is detailed in the accompanying memorandum of law and exhibits.

Dated: November 25, 2020

Respectfully submitted,

**FOX ROTHSCHILD LLP**

/s/ Eric E. Reed
Eric E. Reed
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2741 - direct
(215) 299-2150 - fax
EReed@foxrothschild.com

*Attorneys for Plaintiff, Polysciences, Inc.*