# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC.,<br><br>　　　　　Plaintiff,<br>v.<br><br>JOSEPH T. MASRUD.<br><br>　　　　　Defendant. | Case No. 20-cv-03649-PBT |

## ORDER

AND NOW, this _____ day of December, 2020, upon consideration of Plaintiff Polysciences, Inc.'s ("Plaintiff" or "Polysciences") Motion to Compel Discovery and Memorandum in Support, and having reviewed any response by Defendant Joseph T. Masrud ("Masrud" or "Defendant") and any reply by Plaintiff, and the documents and exhibits annexed thereto, it is hereby ORDERED that Polysciences' Motion to Compel is GRANTED.  Masrud shall provide full and complete answers, without objection, to Interrogatory Nos. 7 and 10 to Polysciences within 14 days of this Order.  Masrud shall serve on Polysciences all non-privileged documents, without objection, responsive to Request for Production Nos. 2, 4, 5, 13, 15, and 19, and a privilege log for all documents withheld for privilege, within 21 days of this Order.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PETRESE B. TUCKER, U.S.D.J.