UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH T. MASRUD, <br><br> Defendant. | Case No. 20-cv-03649-PBT |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Polysciences, Inc. ("Polysciences"), hereby moves this Court for leave to file an Amended Complaint pursuant to Federal Rules of Civil Procedure 15(a)(2) and 20(a)(2).

The proposed Amended Complaint seeks to add Mathew Griffin ("Griffin") and Serochem LLC ("Serochem") as defendants. For the reasons demonstrated in the accompanying Memorandum of Law in Support of this Motion, Polysciences respectfully seeks leave of the Court to file its proposed Amended Complaint.

Dated: November 25, 2020

Respectfully submitted,

FOX ROTHSCHILD LLP

By: /s/ Eric E. Reed
Eric E. Reed
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2741 - direct
(215) 299-2150 - fax
EReed@foxrothschild.com
*Counsel for Plaintiff Polysciences, Inc.*