# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH T. MASRUD, <br><br> Defendant. | Case No. 20-cv-03649-PBT |

## ORDER

AND NOW, this ____ day of _____, 2020, upon consideration of Polysciences, Inc.'s Motion for Leave to File Amended Complaint, it is hereby ORDERED that the Motion is GRANTED, and the Amended Complaint attached to the Motion as Exhibit A is hereby deemed FILED.  The Clerk shall enter the Amended Complaint on the docket.

BY THE COURT:

_____
Honorable Petrese B. Tucker, U.S.D.J.