# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH T. MASRUD, <br><br> Defendant. | Case No. 20-cv-03649-PBT |

## ORDER

AND NOW, this ____ day of _____, 20___, upon consideration of Plaintiff's Unopposed Motion to Seal Exhibit, IT IS HEREBY ORDERED that the Clerk shall place under seal Exhibit E to Plaintiff's Motion to Compel Compliance with Subpoena (Doc. No. 26).

BY THE COURT:

_____