IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **POLYSCIENCES, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO. 20-3649 |
| **JOSEPH T. MASRUD,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this __4th__ day of December 2020, upon consideration of Plaintiff's Unopposed Motion to Seal Exhibits, **IT IS HEREBY ORDERED AND DECREEED** that the Clerk shall place under seal:

1. Exhibit C to Plaintiff's Motion to Compel Discovery (ECF 23-5) and;

2. Exhibit 9 to Exhibit A to Plaintiff's Motion to Amend Complaint (ECF 24-3 at pp. 90/113 to 93/113).

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**