# EXHIBIT A

**(CONFIDENTIAL MATERIALS FILED UNDER SEAL)**