# EXHIBIT B

**(CONFIDENTIAL MATERIALS FILED UNDER SEAL)**