# EXHIBIT C

**(CONFIDENTIAL MATERIALS FILED UNDER SEAL)**