# Exhibit A

**Subject:** Masrud Corrected Document Production
**Date:** Thursday, November 19, 2020 at 11:37:25 AM Eastern Standard Time
**From:** Julianne Peck
**To:** Reed, Eric E.
**CC:** Spota, Cali R., Daroci, Steven J., Norton, Gerard P., Lagarenne, Jonathan R.

Eric,

During our October 23, 2020 meet and confer I confirmed that we would correct the errors in Masrud's document production that you brought to our attention and that we would produce in unredacted form sufficient information to identify the source of the PEOx used by Serochem. The below is a link to Masrud's corrected production, including corrections to confidentiality designations and missing bates numbers. Also included in this link is a set of "Unredacted AEO Pages."

https://homanspec [Redacted]

Please disregard the previous production. My apologies for the inconvenience.

Best,
Juli