**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POLYSCIENCES, INC., : | |
| : | |
| Plaintiff/Counter-Defendant, : | Civil Action No. 2:20-cv-03649-PBT |
| : | |
| v. : | |
| : | |
| JOSEPH T. MASRUD, : | |
| : | |
| Defendant/Counter-Plaintiff. : | |

**ORDER**

AND NOW, this _____ day of December 2020, upon consideration of Plaintiff's Motion to Compel and Defendant's response thereto, it is ORDERED that Plaintiff's Motion is DENIED.

_____
PETRESE B. TUCKER, U.S.D.J.