**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| POLYSCIENCES, INC. | : | |
| Plaintiff, | : | Civil Action No. 2:20-cv-03649-PBT |
| v. | : | |
| JOSEPH T. MASRUD, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

    I, Julianne L. Peck, hereby certify that on this 9th day of December 2020, a true and correct copy of the within Opposition to Plaintiff's Motion to Compel, and all supporting documentation, was filed using the Court's electronic filing system and served upon all counsel of record via ECF notification.

                                                                                   */s/ Julianne L. Peck*
                                                                                   Julianne L. Peck, Esq.