**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **POLYSCIENCES, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 20-3649** |
| **JOSEPH T. MASRUD,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this __11th__ day of December 2020, upon consideration of Plaintiff's Motions for Admission Pro Hac Vice Pursuant to Local Rule 83.5.2(b) (ECF 10-12), **IT IS HEREBY ORDERED AND DECREED** that Gerard P. Norton, Ph.D., Esq., Jonathan R. Lagarenne, Esq., and Cali R. Spota, Esq., are each admitted *Pro Hac Vice* to the United States District Court for the Eastern District of Pennsylvania for the pendency of this matter.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**