## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| POLYSCIENCES, INC., | : | |
| Plaintiff/Counter-Defendant, | : | Civil Action No. 2:20-cv-03649-PBT |
| v. | : | |
| JOSEPH T. MASRUD, | : | |
| Defendant/Counter-Plaintiff. | : | |

### DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO COMPEL TRADE SECRET DISCOVERY

Defendant/Counter-Plaintiff Joseph T. Masrud hereby respectfully moves this Honorable Court for leave to file a reply brief in further support of his Motion to Compel Trade Secret Discovery. This reply brief is necessary to address erroneous points of law and arguments in the response brief of the Plaintiff, Polysciences, Inc., in opposition to Masrud's motion.

The proposed reply brief is submitted with this Motion.

Dated: December 15, 2020

Respectfully submitted,

HOMANS PECK, LLC

/s/ Julianne L. Peck
Julianne L. Peck, Esquire
43 Paoli Plaza #426
Paoli, PA 19301
Telephone: (215) 868-6214
jpeck@homanspeck.com

*Attorney for Defendant*
*Joseph T. Masrud*

## CERTIFICATE OF SERVICE

I, Julianne Peck, hereby certify that the foregoing Defendant/Counter-Plaintiff's Motion For Leave to File Reply Brief in Further Support of Motion to Compel Trade Secret Discovery was filed using the Court's electronic filing system on the 15th day of December, 2020 and served upon all counsel of record via ECF notification.

*/s/ Julianne Peck*
JULIANNE PECK
