# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLYSCIENCES, INC., | : | |
| Plaintiff/Counter-Defendant, | : | Civil Action No. 2:20-cv-03649-PBT |
| v. | : | |
| JOSEPH T. MASRUD, | : | |
| Defendant/Counter-Plaintiff. | : | |

## **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 26.1(f)**

The undersigned counsel hereby certifies that after reasonable effort, the parties were unable to resolve the discovery dispute that formed the basis for Masrud's November 24, 2020 Motion to Compel Trade Secret Discovery (ECF 22).

Dated:  December 15, 2020    HOMANS PECK LLC

/s/ Julianne L. Peck
Julianne L. Peck, Esquire
43 Paoli Plaza #426
Paoli, PA 19301
Telephone: (215) 868-6214
jpeck@homanspeck.com

*Attorney for Defendant*
*Joseph T. Masrud*