# Exhibit D

Tuesday, December 15, 2020 at 2:47:51 PM Eastern Standard Time

**Subject:** RE: Polysciences v. Masrud
**Date:** Tuesday, December 15, 2020 at 2:30:55 PM Eastern Standard Time
**From:** Spota, Cali R.
**To:** Julianne Peck, Reed, Eric E., Lagarenne, Jonathan R., Norton, Gerard P., Puls, Bret A.

Hi Juli,

The additional people included in Polysciences' supplemental answers are either current employees of Polysciences or former employees with whom we are working with for purposes of this case. You may contact them through us.

Best regards,

Cali

**Cali R. Spota**
Intellectual Property Attorney
**Fox Rothschild LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
(609) 844-7437 - direct
(609) 896-1469- fax
cspota@foxrothschild.com
www.foxrothschild.com

**From:** Julianne Peck <jpeck@homanspeck.com>
**Sent:** Monday, December 14, 2020 2:28 PM
**To:** Reed, Eric E. <EReed@foxrothschild.com>; Lagarenne, Jonathan R. <jlagarenne@foxrothschild.com>; Norton, Gerard P. <GNorton@foxrothschild.com>; Puls, Bret A. <bpuls@foxrothschild.com>; Spota, Cali R. <cspota@foxrothschild.com>
**Subject:** [EXT] Re: Polysciences v. Masrud

Thank you Cali. This does not include last known addresses or dates of employment as per the request. Will you be revising these responses?


215-868-6214
HomansPeck.com


**From:** "Spota, Cali R." <cspota@foxrothschild.com>
**Date:** Monday, December 14, 2020 at 2:23 PM
**To:** Julianne Peck <jpeck@homanspeck.com>
**Cc:** "Reed, Eric E." <EReed@foxrothschild.com>, "Lagarenne, Jonathan R." <jlagarenne@foxrothschild.com>, "Norton, Gerard P." <GNorton@foxrothschild.com>, "Puls, Bret A."

Page 1 of 3

<bpuls@foxrothschild.com>
**Subject:** RE: Polysciences v. Masrud

Juli,

As a follow up to my email below, please find Polysciences' First Supplemental Answers and Objections to Defendant's First Set of Interrogatories with signed verification. We also note that Polysciences previously identified additional individuals in our October 30th letter, who were responsive to these Interrogatories and are included herein.

Best regards,

Cali

**Cali R. Spota**
Intellectual Property Attorney
**Fox Rothschild LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
(609) 844-7437 - direct
(609) 896-1469- fax
cspota@foxrothschild.com
www.foxrothschild.com

**From:** Spota, Cali R. <cspota@foxrothschild.com>
**Sent:** Monday, December 14, 2020 9:55 AM
**To:** Julianne Peck <jpeck@homanspeck.com>
**Cc:** Reed, Eric E. <EReed@foxrothschild.com>; Lagarenne, Jonathan R. <jlagarenne@foxrothschild.com>; Norton, Gerard P. <GNorton@foxrothschild.com>; Puls, Bret A. <bpuls@foxrothschild.com>
**Subject:** RE: Polysciences v. Masrud

Juli,

Attached for service, please find Polysciences' First Supplemental Answers and Objections to Defendant's First Set of Interrogatories. Verification of same will follow separately.

Best regards,

Cali

**Cali R. Spota**
Intellectual Property Attorney
**Fox Rothschild LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
(609) 844-7437 - direct

(609) 896-1469- fax
cspota@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.