# EXHIBIT G

Mathew Griffin
1705 Morris Ct
North Wales, PA 19454
330 240 7551

Eric E. Reed
Fox Rothschild
2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
215.299.2741
ereed@foxrothschild.com

October 26th, 2020

Via Email (ereed@foxrothschild.com)
Eric Reed

### Re: Polysciences, Inc. v. Joseph T. Masrud, Civil Action No. 2:20-cv-03649-PBT

Dear Eric:

I am writing in response to your October 22nd letter. Enclosed in response to the subpoena are the following additional documents:

- All emails in gryphonmw@gmail.com that are from a polysciences.com email address.
- All emails in gryphonmw@gmail.com that are to a polysciences.com email address.
- A Polyplus-Transfection brochure from 2018.
- Relevant scans of my day planner from January 1st, 2019 to August 30th 2019.
- My employment agreement with Greene Tweed.
- All communications between me and a third party that are in my sole possession custody and control that relate to the performance of PEI Prime™ relative to PEI MAX™.
- All communications between me and Muluken Taye that are not in defendant's possession custody or control that relate to the development of PEI.
- Documents in my sole possession custody or control that relate to the development and testing of PEI Prime™.

Regarding production of relevant pages of my planner from January 1, 2015 to December 31, 2018, responsive to Request No. 13, I am waiting on your response on whether Polysciences will reimburse me to independently have my planners scanned to pdfs so I can redact personal and non-relevant information and produce these for you.

With respect to your request to produce all documents from the public domain relating to Polysciences, PEI, or Serochem and all documents containing Serochem's confidential information, this again confirms as set forth in my October 21, 2020 letter to you that I have produced or agreed to produce all documents responsive to your request that are both relevant to this action and that not have already been produced by Masrud.

Regarding the identification of any confidential Polysciences' information regarding PEI on my electronic devices (Request No. 14), I am comfortable agreeing to the attached redlined Protocol that is similar to the Protocol agreed to between the parties to this lawsuit. Please let me know immediately if you have any issues with my proposal.

Finally, I must correct your statement in your October 22, 2020 letter that Mr. Masrud and I have somehow suggested Polysciences does not have any confidential or trade secret information regarding its PEI products. To my knowledge, neither of us have made such a broad assertion. Instead, we have indicated that we did not use any of Polysciences' confidential and/or trade secret information.

Please let me know if you would like to discuss further.

Sincerely,

Mathew Griffin

CC: Julianne Peck