# EXHIBIT H



**Mathew Griffin <mgriffin1705@gmail.com>**

## re: subpoena request for Polysciences v. Masrud

**Mathew Griffin** <mgriffin1705@gmail.com>  Mon, Oct 26, 2020 at 4:48 PM
To: "Reed, Eric E." <EReed@foxrothschild.com>
Cc: Julianne Peck <jpeck@homanspeck.com>, "Puls, Bret A." <bpuls@foxrothschild.com>

Hi Eric,

See attached, Let me know if you want to discuss further.

Production referenced in letter is available at: https://sheerheartattack.myDS.me:6113/sharing/AcyPJ8bjz.

Thanks,
Mathew
[Quoted text hidden]

**2 attachments**



- **2020_10_26_L2EREED_signed.pdf**
  449K

- **2020_10_26__forensic_protocol (MG edits).docx**
  51K