# EXHIBIT I



Mathew Griffin <mgriffin1705@gmail.com>

## re: subpoena request for Polysciences v. Masrud

**Mathew Griffin** <mgriffin1705@gmail.com>  Fri, Oct 23, 2020 at 3:41 PM
To: "Reed, Eric E." <EReed@foxrothschild.com>
Cc: Julianne Peck <jpeck@homanspeck.com>, "Puls, Bret A." <bpuls@foxrothschild.com>

Hi Eric,

Thanks for your letter. I will respond in full by Monday to each item.

I will combine the ~100 emails to/from @polysciences.com with the production I was planning to produce today per the Oct 21st letter and will produce it all for you at once on Monday October 26th by the end of business day.

I am willing to provide images of my notebooks subject to redactions of non-relevant personal information. Would Polyscineces be willing to reimburse me if I go to a local copier and have them convert them to PDFs for me to redact and produce next week?

Thanks,
Mathew

[Quoted text hidden]