# EXHIBIT J



Mathew Griffin <mgriffin1705@gmail.com>

## re: subpoena request for Polysciences v. Masrud

**Reed, Eric E.** <EReed@foxrothschild.com>　　　　　　　　　　　　　　　　　　　　　　　Mon, Nov 2, 2020 at 4:52 PM
To: Mathew Griffin <mgriffin1705@gmail.com>
Cc: Julianne Peck <jpeck@homanspeck.com>, "Puls, Bret A." <bpuls@foxrothschild.com>

Mr. Griffin: Attached is a revised protocol (revisions tracked) based on prior discussions and our experience of what's working and not with Mr. Masrud. Please advise.

[Quoted text hidden]
[Quoted text hidden]

 **2020_10_26__forensic_protocol (MG edits) (002)-C2.docx**
36K