# EXHIBIT K

 Gmail    Mathew Griffin <mgriffin1705@gmail.com>

## re: subpoena request for Polysciences v. Masrud

**Mathew Griffin** <mgriffin1705@gmail.com>    Wed, Nov 4, 2020 at 11:50 AM
To: "Reed, Eric E." <EReed@foxrothschild.com>
Cc: Julianne Peck <jpeck@homanspeck.com>, "Puls, Bret A." <bpuls@foxrothschild.com>

Hi Eric,

See attached with my edits. Let me know if you want to discuss further.

Thanks,
Mathew
[Quoted text hidden]

📄 **2020_11_04__forensic_protocol (MG edits V2).docx**
41K