IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC.,<br>　　　　Plaintiff/Counter-defendant<br>v.<br>JOSEPH T. MASRUD,<br>　　　　Defendant/Counterclaimant | Civil Case No. 20-cv-03649-PBT |

## CERTIFICATE OF SERVICE

I, Mathew W. Griffin, hereby certify that on this 17th day of December 2020, a true and correct copy of the within Memorandum, and all supporting documentation, was filed by emailing to PAED_DOCUMENTS@paed.uscourts.gov and served upon all counsel of record via. Email and U.S. Mail, properly addressed.

_____
Mathew W. Griffin