IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC.,<br>      Plaintiff/Counter-defendant<br>v.<br>JOSEPH T. MASRUD,<br>      Defendant/Counterclaimant | Civil Case No. 20-cv-03649-PBT |

## ORDER

AND NOW, this _____ day of _____ 202__, upon consideration of Plaintiff's Motion to Compel Compliance with Subpoena and Mathew Griffin's response thereto, it is ORDERED that Plaintiff's Motion is DENIED.

_____

PETRESE B. TUCKER, U.S.D.J.