IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., : | |
| : | |
| Plaintiff/Counter-Defendant, : | Civil Action No. 2:20-cv-03649-PBT |
| : | |
| v. : | |
| : | |
| JOSEPH T. MASRUD, : | |
| : | |
| Defendant/Counter-Plaintiff. : | |

**MOTION OF DEFENDANT/COUNTER-PLAINTIFF JOSEPH T. MASRUD TO COMPEL PLAINTIFF/COUNTER-DEFENDANT POLYSCIENCES, INC. TO DE-DESIGNATE ITS "ATTORNEYS' EYES ONLY" PRODUCTION AND FOR SANCTIONS**

Defendant/Counter-Plaintiff, Joseph T. Masrud ("Masrud"), respectfully moves the Court for an order compelling Plaintiff/Counter-Defendant Polysciences, Inc. to de-designate all documents that it designated as "Attorneys' Eyes Only" in this litigation. The grounds for this motion are set forth in the accompanying memorandum of law, which is incorporated herein by reference.

Respectfully submitted,

Dated: January 6, 2020  HOMANS PECK, LLC

/s/ Julianne L. Peck
Julianne L. Peck, Esquire
43 Paoli Plaza #426
Paoli, PA 19301
Telephone: (215) 868-6214
jpeck@homanspeck.com

*Attorney for Defendant/Counter-Plaintiff Joseph T. Masrud*