IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., : | |
| : | |
| Plaintiff/Counter-Defendant, : | Civil Action No. 2:20-cv-03649-PBT |
| : | |
| v. : | |
| : | |
| JOSEPH T. MASRUD, : | |
| : | |
| Defendant/Counter-Plaintiff. : | |

### **ORDER**

AND NOW, this _____ day of January 2021, upon consideration of Defendant's Motion to Compel Plaintiff/Counter-Defendant Polysciences, Inc. to De-designate its "Attorneys' Eyes Only" Production and for Sanctions, it is ORDERED that Defendant's Motion is GRANTED.

On or before _____, Plaintiff shall designate as "Confidential" all documents formerly designated "Attorneys' Eyes Only." Plaintiff is also ordered to pay Defendant's reasonable attorney's fees incurred in making this motion in an amount yet to be determined.

_____

PETRESE B. TUCKER, U.S.D.J.

16