IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| POLYSCIENCES, INC. | : | |
| Plaintiff, | : | Civil Action No. 2:20-cv-03649-PBT |
| v. | : | |
| JOSEPH T. MASRUD, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Julianne L. Peck, hereby certify that on this 6th day of January 2021, a true and correct copy of the within ***Motion of Defendant/Counter-Plaintiff Joseph T. Masrud to Compel Plaintiff/Counter-Defendant Polysciences, Inc. to De-designate its "Attorneys' Eyes Only" Production and for Sanctions***, and all supporting documentation, was filed using the Court's electronic filing system and served upon all counsel of record via ECF notification.

                                              */s/ Julianne L. Peck*
                                              Julianne L. Peck, Esq.