IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:20-cv-03649-PBT |
| JOSEPH T. MASRUD, | : |
| Defendant. | : |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Plaintiff Polysciences, Inc. ("Polysciences") moves the Court for leave to file a reply to non-party Mathew Griffin's ("Griffin") Opposition to Polysciences' Motion to Compel Compliance with Subpoena (Dkt. No. 37) ("Griffin's Opposition"). A proposed reply brief accompanies this filing. The purpose of the proposed reply submission is to address several inaccuracies and misleading statements that were included in Griffin's Opposition.

WHEREFORE, Polysciences requests leave to file a reply to Griffin's opposition to the Motion to Compel Compliance with Subpoena.

Dated:  January 19, 2021                      Respectfully submitted,

                                                                  */s/ Eric E. Reed*
                                                                  Eric E. Reed
                                                                  Fox Rothschild LLP
                                                                  2000 Market Street, 20th Floor
                                                                  Philadelphia, PA 19103
                                                                  (215) 299-2741 - direct
                                                                  (215) 299-2150 - fax
                                                                  EReed@foxrothschild.com
                                                                  *Attorneys for Plaintiff Polysciences, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the below date, he filed the foregoing with the Court using the ECF system, which will provide notice and a copy to counsel of record.

Date: January 19, 2021                         */s/ Eric E. Reed*
                                                Eric E. Reed