IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:20-cv-03649-PBT |
| JOSEPH T. MASRUD, | : |
| Defendant. | : |

**ORDER**

AND NOW, this ____ day of _____, 2021, upon consideration of Polysciences, Inc.'s motion for leave to file a reply to non-party Mathew Griffin's opposition to the Motion to Compel Compliance with Subpoena, and any response thereto, it is hereby ORDERED that Polysciences, Inc.'s motion is GRANTED and the proposed reply brief submitted with Polysciences, Inc.'s motion is deemed filed.

BY THE COURT:

_____
U.S.D.J.