## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH T. MASRUD, <br><br> Defendant. | Case No. 20-cv-03649-PBT |

## ORDER

AND NOW, this ____ day of _____, 2021, upon consideration of Defendant's Motion to Compel Plaintiff to De-Designate its Attorneys Eyes Only Production and for Sanctions and Plaintiff's response thereto, IT IS HEREBY ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

_____
PETRESE B. TUCKER, U.S.D.J.