# EXHIBIT D

| | |
|---|---|
| **From:** | Lagarenne, Jonathan R. <jlagarenne@foxrothschild.com> |
| **Sent:** | Tuesday, December 08, 2020 3:58 PM |
| **To:** | Julianne Peck; Reed, Eric E. |
| **Cc:** | Spota, Cali R. |
| **Subject:** | RE: Polysciences v. Masrud |

Julie,

Thanks for the email.  After the call I have started process of revisiting the designations, and we will respond next Tuesday to your request.  Call if you want to discuss.

**Jonathan Lagarenne**
Partner
**Fox Rothschild LLP**
1225 17th Street
Suite 2200
Denver, CO 80202
(303) 383-7684 – direct
(908) 500-1726-- cell
(303) 292-1300- fax
jlagarenne@foxrothschild.com
www.foxrothschild.com

---

**From:** Julianne Peck <jpeck@homanspeck.com>
**Sent:** Tuesday, December 8, 2020 12:04 PM
**To:** Reed, Eric E. <EReed@foxrothschild.com>; Lagarenne, Jonathan R. <jlagarenne@foxrothschild.com>
**Cc:** Spota, Cali R. <cspota@foxrothschild.com>
**Subject:** [EXT] Polysciences v. Masrud

Dear Eric/John,

This confirms, for the reasons stated in my November 16, 2020 letter to Eric and during today's Status Conference with Judge Tucker, that Masrud objects to **all** of Polysciences' AEO designations, including the designations made in its December 4, 2020 production (Polysciences 2297-9343).

Please be advised that absent re-designations by Polysciences within the next 7 days, accompanied by a list explaining with specificity and by specific document the basis for each AEO designation, Masrud will be filing a motion to compel and for sanctions.

If you feel that we need to discuss this issue further, you can reach me at the number below.

Regards,
Juli



Julianne Peck      43 Paoli Plaza #426

1

215.868.6214      Paoli, PA  19301
HomansPeck.com

