# EXHIBIT E

| | |
|---|---|
| **From:** | noreply@foxrothschild.com |
| **Sent:** | Tuesday, December 29, 2020 2:30 PM |
| **To:** | Spota, Cali R. |
| **Subject:** | Download notification: jpeck@homanspeck.com downloaded 2 files |



# jpeck@homanspeck.com downloaded 2 files

**Access message**

Secured by Accellion

Downloaded on Dec 29, 2020 19:31:59 (GMT)

**2 compressed files**
POLYSCIENCES0000001 - POLYSCIENCES0002296.zip, POLYSCIENCES0002297 - POLYSCIENCES0009343.zip

This message requires that you sign in to access the message and any file attachments.