# EXHIBIT I

# POLYSCIENCES PEI TRADE SECRET LOG –

| ID | DOCUMENT | DESCRIPTION |
|---|---|---|
| TS-1 | 2017 LP Sales Presentations | Summary Sales of Lab Products for 2017 including revenue, budget, updates on developing products, written by Masrud, 66 pages |
| TS-2 | 2018 LP Sales Presentations | Summary Sales of Lab Products for 2018 including revenue, budget, updates on developing products including GMP PEI, written by Masrud, 69 pages |
| TS-3 | 2019 LP Sales Presentations | Summary Sales of Lab Products for 2019 including revenue, budget, updates on developing products including GMP PEI, written by Masrud, 49 pages |
| TS-4 | 2019 LP Business Plan | Key Projects and Associated Markets including top potential growth items for 2019, written by Masrud, 16 pages. |
| TS-5 | Batch Record for MAXgene Powder (HX26406) | Formula description of MAXgene Powder (HX26406), 15 pages |
| TS-6 | Batch Record for MAXgene Solution (26406) | Early version of formula description of MAXgene Powder (HX26406), 5 pages |
| TS-7 | Batch Record for MAXgene Solution 1L SKU (26406-1) | Early version of formula description of MAXgene Solution 1L SKU (26406-1), 12 pages |
| TS-8 | Batch Record for Linear PEI Powder, Mw 2,500 (24313) | Active formula description of Linear PEI Powder, Mw 2,500 (24313), 5 pages |
| TS-9 | Batch Record for Linear PEI Powder, Mw 250,000 (24314) | Active formula description of Linear PEI Powder, Mw 250,000 (24314), 6 pages |
| TS-10 | Batch Record for Linear PEI Powder, Mw 25,000 (23966) | Active formula description of Linear PEI Powder, Mw 25,000 (23966), 10 pages |
| TS-11 | Batch Record for PEI MAX HCl (24885) | Active formula description of PEI MAX HCl (24885), 6 pages |
| TS-12 | Batch Record for Transporter 5, 5 ml SKU (26008-5) | Active formula description of Transporter 5, 5 ml SKU (26008-5), 7 pages |
| TS-13 | Batch Record for Transporter 5, 50 ml SKU (26008-50) | Active formula description of Transporter 5, 50 ml SKU (26008-50), 6 pages |
| TS-14 | Development Report for MAXgene Powder | Signed development report for MAXgene Powder, includes executive summary, scope, process description, tolerance limits, final product specifications, analytical methods, conclusion and recommendations, 11 pages |
| TS-15 | QC Worksheet and associated TM for PEI 70,000 Mw, 30% solids (00618) | Specification worksheet with product testing data, 3 pages |
| TS-16 | QC Worksheet and associated TM for PEI 2,000 Mw (06089) | Specification worksheet with product testing data, 3 pages |

| | | |
|---|---|---|
| TS-17 | QC Worksheet and associated TM for PEI 50-100,000 Mw, 30% solids (06090) | Specification worksheet with product testing data, 7 pages |
| TS-18 | QC Worksheet and associated TM for PEI 10,000 Mw, 30% solids (17938) | Specification worksheet with product testing data, 4 pages |
| TS-19 | QC Worksheet and associated TM for PEI permethobromide 6,300 Mw (21903) | Specification worksheet with product testing data, 2 pages |
| TS-20 | QC Worksheet and associated TM for Linear PEI (23966) | Specification worksheet with product testing data, 6 pages |
| TS-21 | QC Worksheet and associated TM for Linear PEI 2,500 Mw (24313) | Specification worksheet with product testing data, 8 pages |
| TS-22 | QC Worksheet and associated TM for Linear PEI 250,000 Mw (24314) | Specification worksheet with product testing data, 9 pages |
| TS-23 | QC Worksheet and associated TM for PEI MAX 40,000 Mw Linear (24765) | Specification worksheet with product testing data, 10 pages |
| TS-24 | QC Worksheet and associated TM for PEI MAX HCl 2,500 Mw (24885) | Specification worksheet with product testing data, 6 pages |
| TS-25 | QC Worksheet and associated TM for PEI MAX 160,000 Mw Linear (25439) | Specification worksheet with product testing data, 5 pages |
| TS-26 | QC Worksheet and associated TM for Transporter 5 (26008-5) | Specification worksheet with product testing data, 8 pages |
| TS-27 | QC Worksheet and associated TM for MAXgene Solution (26406) | Specification worksheet with product testing data, 20 pages |
| TS-28 | QC Worksheet and associated TM for MAXgene Powder (26435) | Specification worksheet with product testing data, 13 pages |
| TS-29 | QC Worksheet and associated TM for Poly(2-Ethyl-2-Oxazoline) (HX17808) | Specification worksheet with product testing data, 4 pages |
| TS-30 | GMP Solution Design File (2 binders) | Design Product Plan for MAXgene Transient Transfection Reagent, MAXgene GMP, MAXgene Transient Transfection Reagent. Powder, batch sheets, testing data, labeling, formula, raw material, testing vendors, testing protocols, analysis, equipment list, environmental controls, Binder 1 (463 pages) Binder 2 (433) |
| TS-31 | GMP Powder Design File (1 binder) | Design Product Plan for MAXgene GMP Transfection Reagent, Powder, batch sheets, testing data, labeling, formula, raw material, testing vendors, testing protocols, analysis, equipment list, environmental controls, risk analysis, 67 pages |
| TS-32 | Pricing Strategies | List of competitors, pricing, decision to commercialize PEI GMP, prospects for sales, 31 pages |

113673750

POLYSCIENCES0002259

| TS-33 | LP Prospects, Sales Funnel | prospects for sales, 1 page |
|---|---|---|
| TS-34 | PEI Process Summary Document | Graphic of process to make PEI, list of reagents, 4 pages |
| TS-35 | Customer List (Hard copy not provided as there have been >5,300 PEI purchases since SAP go live in April 2018 | 60 pages |
| TS-36 | Product Line Financial Information including P&L – Profit Margin, Cost Structure, etc | |

11367375v1

POLYSCIENCES0002260