IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLYSCIENCES, INC., | : | |
| Plaintiff/Counter-Defendant, | : | Civil Action No. 2:20-cv-03649-PBT |
| v. | : | |
| JOSEPH T. MASRUD, | : | |
| Defendant/Counter-Plaintiff. | : | |

**DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR LEAVE TO FILE
REPLY BRIEF IN FURTHER SUPPORT OF
MOTION TO COMPEL PLAINTIFF/COUNTER-DEFENDANT TO DE-DESIGNATE
ITS ATTORNEYS' EYES ONLY PRODUCTION AND FOR SANCTIONS**

Defendant/Counter-Plaintiff Joseph T. Masrud hereby respectfully moves this Honorable Court for leave to file a reply brief in further support of his Motion to Compel Polysciences to de-designate its attorneys' eyes only production and for sanctions. This reply brief is necessary to correct erroneous factual statements and arguments in Plaintiff's opposition to Masrud's motion.

The proposed reply brief is submitted with this Motion.

Dated: January 27, 2021

Respectfully submitted,

HOMANS PECK, LLC

*/s/ Julianne L. Peck*
Julianne L. Peck, Esquire
43 Paoli Plaza #426
Paoli, PA 19301
Telephone: (215) 868-6214
jpeck@homanspeck.com

*Attorney for Defendant
Joseph T. Masrud*

## CERTIFICATE OF SERVICE

I, Julianne Peck, hereby certify that the foregoing Defendant/Counter-Plaintiff's Motion to Compel Plaintiff/Counter-Defendant to De-Designate its Attorneys' Eyes Only Production and For Sanctions was filed using the Court's electronic filing system on the 27th day of January, 2021 and served upon all counsel of record via ECF notification.

*/s/ Julianne Peck*
JULIANNE PECK