# Exhibit A

| Production BegDoc | Production EndDoc | Tag - Confidentiality | Tag - AEO Re-Review Issues |
|---|---|---|---|
| POLYSCIENCES0000043 | POLYSCIENCES0000057 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000080 | POLYSCIENCES0000087 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000098 | POLYSCIENCES0000102 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000103 | POLYSCIENCES0000112 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000113 | POLYSCIENCES0000118 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000119 | POLYSCIENCES0000133 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000134 | POLYSCIENCES0000138 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000139 | POLYSCIENCES0000150 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000151 | POLYSCIENCES0000156 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000157 | POLYSCIENCES0000163 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000164 | POLYSCIENCES0000169 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0000228 | POLYSCIENCES0000238 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0000345 | POLYSCIENCES0000346 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0000354 | POLYSCIENCES0000419 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0000420 | POLYSCIENCES0000488 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0000489 | POLYSCIENCES0000537 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0000966 | POLYSCIENCES0001025 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0001026 | POLYSCIENCES0001092 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0001174 | POLYSCIENCES0001189 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0001199 | POLYSCIENCES0001202 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001203 | POLYSCIENCES0001203 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0001204 | POLYSCIENCES0001234 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing; Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0001235 | POLYSCIENCES0001240 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001241 | POLYSCIENCES0001248 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001249 | POLYSCIENCES0001257 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001258 | POLYSCIENCES0001270 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001271 | POLYSCIENCES0001274 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001275 | POLYSCIENCES0001278 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001279 | POLYSCIENCES0001285 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001286 | POLYSCIENCES0001288 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001289 | POLYSCIENCES0001293 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |

| | | |
|---|---|---|
| POLYSCIENCES0001294 | POLYSCIENCES0001303 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001304 | POLYSCIENCES0001309 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001310 | POLYSCIENCES0001311 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001312 | POLYSCIENCES0001315 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001316 | POLYSCIENCES0001323 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001324 | POLYSCIENCES0001343 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0001347 | POLYSCIENCES0001779 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0001780 | POLYSCIENCES0002242 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret |
| POLYSCIENCES0002288 | POLYSCIENCES0002288 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0002289 | POLYSCIENCES0002289 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0002290 | POLYSCIENCES0002290 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0002291 | POLYSCIENCES0002291 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0002292 | POLYSCIENCES0002292 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0002293 | POLYSCIENCES0002293 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing; Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0002295 | POLYSCIENCES0002295 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Highly sensitive unpublished cost/profit information |
| POLYSCIENCES0002296 | POLYSCIENCES0002296 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002299 | POLYSCIENCES0002299 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002300 | POLYSCIENCES0002300 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002301 | POLYSCIENCES0002302 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | |
| POLYSCIENCES0002303 | POLYSCIENCES0002304 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002305 | POLYSCIENCES0002306 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002307 | POLYSCIENCES0002308 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002309 | POLYSCIENCES0002310 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002312 | POLYSCIENCES0002313 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002314 | POLYSCIENCES0002315 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002316 | POLYSCIENCES0002317 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002318 | POLYSCIENCES0002319 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Manufacturing and testing trade secret |
| POLYSCIENCES0002343 | POLYSCIENCES0002343 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0002355 | POLYSCIENCES0002356 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer confidential information on product design or use |
| POLYSCIENCES0002643 | POLYSCIENCES0002643 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0002924 | POLYSCIENCES0002924 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | |

| | | |
|---|---|---|
| POLYSCIENCES0002925 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Formulation trade secret; Manufacturing and testing trade secret |
| POLYSCIENCES0006022 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | |
| POLYSCIENCES0006062 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008282 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | |
| POLYSCIENCES0008336 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | |
| POLYSCIENCES0008567 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008711 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | |
| POLYSCIENCES0008728 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | |
| POLYSCIENCES0008729 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008791 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008962 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008963 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008964 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008965 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008966 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008967 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008968 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0008969 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |
| POLYSCIENCES0009126 | HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY | Customer specific pricing |