### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| POLYSCIENCES, INC., : | |
| : | |
| Plaintiff/Counter-Defendant, : | Civil Action No. 2:20-cv-03649-PBT |
| : | |
| v. : | |
| : | |
| JOSEPH T. MASRUD, : | |
| : | |
| Defendant/Counter-Plaintiff. : | |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant/Counter-Plaintiff's Unopposed Motion to Seal Exhibit, IT IS HEREBY ORDERED that the Clerk shall place under seal Exhibit F to Supplement to Defendant/Counter-Plaintiff's Motion to Compel Plaintiff/Counter-Defendant to De-Designate its Attorneys' Eyes Only Production and for Sanctions (ECF No. 43).