IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH T. MASRUD,<br><br>    Defendant. | Civil Action No. 2:20-cv-03649-PBT |

## **ORDER**

AND NOW, this ____ day of _____, 2021, upon consideration of Polysciences, Inc.'s motion for leave to file a sur-reply to Defendant Joseph T. Masrud's Motion to Compel Polysciences to De-Designate its Attorneys' Eyes Only Production and for Sanctions, and any response thereto, it is hereby ORDERED that Polysciences, Inc.'s motion is GRANTED and the proposed sur-reply brief submitted with Polysciences, Inc.'s motion is deemed filed.

BY THE COURT:

_____
U.S.D.J.