IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **POLYSCIENCES, INC.,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | **CIVIL ACTION** |
| : | |
| : | **NO. 20-3649** |
| **JOSEPH T. MASRUD, et al.** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this __6th__ day of July 2021, upon consideration of Defendant Masrud's Motion to Compel Trade Secret Discovery (ECF 22), Plaintiff's Motion to Compel Discovery (ECF 23), Plaintiff's Motion to Seal Document (ECF 27), and the Parties' Motions for Leave to File Replies (ECFs 36 and 41), **IT IS HEREBY ORDERED AND DECREEED** that

1. The Motion to Compel Trade Secret Discovery (ECF 22) is **GRANTED**.

    a. Within 14 days of this order, Plaintiff shall (1) serve on Defendant sworn supplemental answers to Defendant's Interrogatory Nos. 2 and 3 identifying relevant individuals with the knowledge requested therein, and to Interrogatory No. 5 setting forth with reasonable particularity the trade secrets that Polysciences claims were misappropriated; and (2) serve on Defendant all non-privileged documents responsive to Defendant's document request nos. 13 and 14.

2. The Motion to Compel Discovery (ECF 23) is **GRANTED**.

    a. Masrud shall provide full and complete answers, without objection, to Interrogatory Nos. 7 and 10 to Polysciences within 14 days of this Order. Masrud shall serve on Polysciences all non-privileged documents, without objection, responsive to Request for Production Nos. 2, 4, 5, 13, 15, and 19, and a privilege log for all documents withheld for privilege, within 21 days of this Order.

3. The Motion to Seal Document (ECF 27) is **GRANTED**. The Clerk shall place under seal Exhibit E to Plaintiff's Motion to Compel Compliance with Subpoena (ECF 26).

4. Both Motions for Leave to File Replies (ECFs 36 and 41) are **DENIED**.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**
