## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that, on the below date, he filed the foregoing with the Court using the ECF system, which will provide notice and a copy to the parties and counsel of record.

Date: July 29, 2021              _/s/ Eric E. Reed_
                        Counsel for Plaintiff