THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br>　　　　Plaintiff/ <br>　　　　Counter-Defendant, <br><br>　v. <br><br> JOSEPH T. MASRUD, MATHEW GRIFFIN, and SEROCHEM, LLC. <br><br>　　　　Defendants/ <br>　　　　Counter-Plaintiffs. | Civil Case No. 20-cv-03649-PBT |
| MATHEW GRIFFIN, <br><br>　　　　Counter-Plaintiff, <br><br>　v. <br><br> SCOTT A. KNORR, <br><br>　　　　Counter-Defendant. | |

## CERTIFICATE OF SERVICE

I, Mathew Griffin, hereby certify that on this 30th day of August 2021, a true and correct copy of the within Mathew Griffin's Memorandum in Opposition to Polysciences and Scott A. Knorr's Motion to Dismiss Counterclaims, and all supporting documentation, was filed by emailing to PAED_DOCUMENTS@paed.uscourts.gov and served upon all counsel of record via ECF notification.

1

*[signature]*

Mathew Griffin
20 Vine St
Box 1308
Lansdale, PA 19446-9998
(330) 240-7551
Email: mgriffin1705@gmail.com

*Self-represented Defendant/Counter-Plaintiff*
*(Pro se)*