# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC.,<br><br>　　　　Plaintiff/<br>　　　　Counter-Defendant,<br><br>v.<br><br>JOSEPH T. MASRUD, MATHEW GRIFFIN, and SEROCHEM, LLC.<br><br>　　　　Defendants/<br>　　　　Counter-Plaintiffs.<br><br>MATHEW GRIFFIN,<br><br>　　　　Counter-Plaintiff,<br><br>v.<br><br>SCOTT A. KNORR,<br><br>　　　　Counter-Defendant. | Civil Case No. 20-cv-03649-PBT |

## **PROPOSED ORDER**

AND NOW, this _____ day of _____ 202__, upon consideration of Polysciences and Scott A. Knorr's Motion to Dismiss Counterclaims and Mathew Griffin's response thereto, and any further replies, it is **ORDERED** that Polysciences and Scott A. Knorr's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PETRESE B. TUCKER, U.S.D.J.