| | |
|---|---|
| **From:** | Mathew Griffin <mgriffin1705@gmail.com> |
| **Sent:** | Monday, August 30, 2021 2:50 PM |
| **To:** | PAED Documents |
| **Subject:** | Pro Se Filing For 20-cv-03649-PBT |
| **Attachments:** | Memorandum.pdf; Proposed Order.pdf; Certificate of Service.pdf |

**CAUTION - EXTERNAL:**

Good Afternoon,

I would like to submit the attached for 20-cv-03649-PBT.

Regards,

Mathew Griffin
20 Vine St
Box 1308
Lansdale, PA 19446-9998
(330) 240-7551
mgriffin1705@gmail.com
*Pro se*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.