IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLYSCIENCES, INC., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO. 20-3649 |
| JOSEPH T. MASRUD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 15th day of December 2021, **IT IS HEREBY ORDERED AND DECREEED** that:

1. Defendant Masrud's Motion to Seal (ECF No. 44) is **GRANTED**;

2. Plaintiff's Motion for Leave to file a Sur-reply (ECF No. 46) is **GRANTED**. The Clerk of Court shall file the attached Sur-reply of record with the Court;

3. Defendant Griffin's Motion for Permission to use ECF/E-Filing (ECF No. 49) is **GRANTED**;

4. Polysciences, Inc. and Scott Knorr's Motion for Leave to File A Reply (ECF No. 55) is **GRANTED**. The Clerk of Court shall file the attached Reply of record with the Court; and

5. Defendant's Motion for Leave to File a Reply (ECF No. 58) is **GRANTED**. The Clerk of Court shall file the attached Reply of record with the Court.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**