# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POLYSCIENCES, INC., <br><br> Plaintiff/Counter-Defendant <br><br> v. <br><br> JOSEPH T. MASRUD, MATHEW GRIFFIN, and SEROCHEM LLC, <br><br> Defendants/Counter-Plaintiffs. | **CIVIL ACTION** <br><br> DOCKET NO.: 20-cv-03649-PBT |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO COMPEL ATTENDANCE AT ORAL DEPOSITION

Plaintiff Polysciences, Inc. ("Polysciences") moves the Court for leave to file a reply to Defendants Joseph T. Masrud and Serochem LLC's (collectively, "Defendants") Opposition to Polysciences' Motion to Compel Attendance at Oral Deposition (ECF No. 79) (the "Opposition"). A proposed reply brief accompanies this filing. The purpose of the proposed reply submission is to briefly address the erroneous and misleading statements made in the Opposition. Polysciences respectfully submits that its proposed reply may assist the Court in considering the Motion to Compel.

WHEREFORE, Polysciences respectfully requests leave to file a reply to Defendants' opposition to the Motion to Compel Attendance at Oral Deposition.

Dated: June 29, 2022               Respectfully submitted,

                                   */s/Cali R. Spota*
                                   **FOX ROTHSCHILD LLP**
                                   Eric E. Reed
                                   Steven J. Daroci
                                   2000 Market Street, 20th Floor
                                   Philadelphia, PA 19103

(215) 299-2741 – direct
(215) 299-2150 – fax
EReed@foxrothschild.com

Gerard P. Norton (*pro hac vice*)
Cali R. Spota (*pro hac vice*)
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
(609) 896-3600 – telephone
(609) 896-1469 – fax
GNorton@foxrothschild.com
CSpota@foxrothschild.com

Jonathan R. Lagarenne (*pro hac vice*)
1225 17th Street
Suite 2200
Denver, CO 80202
(303) 383-7684 – direct
(303) 292-1300 – fax
jlagarenne@foxrothschild.com

*Attorneys for Plaintiff Polysciences, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on the below date, she filed the foregoing with the Court using the ECF system, which will provide notice and a copy to counsel of record.

Date: June 29, 2022                                    */s/Cali R. Spota*
                                                                           Counsel for Plaintiff and Counter-Defendant